UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KASSANDRA MEMMER,

       Plaintiff,                    Case No.: 2:23-cv-10921-LVP-APP
                                         Hon. Linda V. Parker

v.

UNITED WHOLESALE MORTGAGE,

       Defendant.

| | |
|---|---|
| Carla D. Aikens (P69530) | James W. Rose (P66473) |
| Connor B. Gallagher (82104) | Yohana Iyob (P86924) |
| Carla D. Aikens, PLC | Taft Stettinius & Hollister LLP |
| 615 Griswold St., Ste. 709 | 27777 Franklin Road, Suite 2500 |
| Detroit, MI 48226 | Southfield, MI 48034 |
| 844.835.2993 | (248) 351-3000 |
| carla@aikenslawfirm.com | jrose@taftlaw.com |
| connor@aikenslawfirm.com | yiyob@taftlaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

**STIPULATED ORDER EXTENDING DEADLINES FOR
SUPPLEMENTAL BRIEFING**

      This matter, having come before the Court on the stipulation of the parties, and the Court being fully informed:

      1.    On October 24, 2025, this Court issued an Order for Supplemental Briefing (ECF No. 27) that established a briefing schedule, which was thereafter amended (EFC No. 28).

1

2. The parties hereby stipulate to extend the remaining dates in the briefing schedule by two weeks, such that the new dates will be and hereby are:

- Defendant UWM's opening brief will be filed on or before November 14, 2025;

- Plaintiff Memmer's response brief will be filed on or before December 12, 2025; and

- Defendant UWM's reply will be filed on or before December 19, 2025.

**IT IS SO ORDERED.**

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: December 1, 2025

Stipulated and Agreed:

| | |
|---|---|
| /s/ *Connor B. Gallagher* | /s/ *James W. Rose (with permission)* |
| /s/ *Carla D. Aikens* | James W. Rose (P66473) |
| Carla D. Aikens (P69530) | Yohana Iyob (P86924) |
| Connor B. Gallagher (P82104) | Taft Stettinius & Hollister LLP |
| Carla D. Aikens, PLC | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |